CITIZEN'S BANK OF WHITE PLAINS, N. Y., Respondent, v. WOODSON R. OGLESBY et al., Defendants, and DAVID W. GRIFFITH, Defendant-Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.